**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**



-----------------------------------------------------------X

KEVIN HENEGHAN, IRA LEVENTHAL,
LOOKOUT DOVE PARTNERS LP, and
CATHERINE HENEGHAN REVOCABLE
TRUST,

                        Plaintiffs,

        -against-

DANIEL THIBEAULT, GRADUATE
LEVERAGE, LLC, GL CAPITAL PARTNERS,
LLC, and TAFT FINANCIAL SERVICES, LLC,
                        Defendants.

-----------------------------------------------------------X

15 **CIV** 9651 (JPO)

**DEFAULT JUDGMENT**

Plaintiffs having moved for a Default Judgment against Defendants Daniel Thibeault,

Graduate Leverage, LLC ("Graduate Leverage"), GL Capital Partners, LLC ("GL Capital"), and

Taft Financial Services, LLC ("Taft"), and the matter having come before the Honorable J. Paul

Oetken, United States District Judge, and the Court, on August 19, 2016 having issued its Opinion

and Order granting Plaintiffs' motion for default judgment, and directing the Clerk of the Court to

enter judgment in favor of Plaintiffs and against Defendants Daniel Thibeault, Graduate Leverage,

GL Capital, and Taft, jointly and severally, in the amount of $13,552,145.84, plus pre-judgment

interest calculated according to the treasury-bill method established by federal statute; see 28 U.S.C.

§ 1961 ("Such interest shall be calculated from the date of entry of the judgment, as a rate equal to

the weekly average 1-year constant maturity Treasury yield, as published by the Board of Governors

of the Federal Reserve System, for the calendar week proceeding the date of the judgment."), and

directing the Clerk to close the case, it is,

      **ORDERED, ADJUDGED, AND DECREED**, That pursuant to the Court's Opinion

and Order dated August 19, 2016, Plaintiffs' motion for a default judgment is granted; accordingly,

judgment is hereby entered in favor of Plaintiffs and against Defendants Daniel Thibeault, Graduate

Leverage, GL Capital, and Taft, jointly and severally, in the amount of $13,552,145.84, plus pre-judgment interest (from May 29, 2013) calculated pursuant 28 U.S.C. § 1961 in the amount of $256,726.73, for a total sum of $13,808,872.57, and the case is closed.

**DATED** : New York, New York
August 23, 2016

**RUBY J. KRAJICK**

**Clerk of Court**

By: _____

**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON 8/23/2016